**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHAEL DAVITT, | ) | 3:06-cv-00502-HDM-RAM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DR. CENTRIC, M.D., et al., | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#64) filed on May 25, 2010, in which the magistrate judge recommends that this court enter an order dismissing plaintiff's claim without prejudice and denying as moot plaintiff's motion to amend/correct complaint (#63). The court has also considered the plaintiff's objections to the report and recommendation (#65) filed June 11, 2010.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C.

1

1 § 636 and applicable case law, and good cause appearing, the court
2 hereby ADOPTS AND ACCEPTS the report and recommendation of the
3 United States Magistrate Judge (#64).  Accordingly, plaintiff's
4 claim is DISMISSED without prejudice and plaintiff's motion to
5 amend/correct complaint (#63) is DENIED as moot.
6     IT IS SO ORDERED.
7     DATED: This 19th day of July, 2010.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE