AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

MICHAEL DAVITT,

           Plaintiff,              **JUDGMENT IN A CIVIL CASE**

   V.

                            CASE NUMBER: **3:06-cv-00502-HDM-RAM**

DR. CENTRIC, M.D., et al.,

           Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the court hereby ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (Document No. 64).  Accordingly, plaintiff's claim is DISMISSED without prejudice.

  July 20, 2010                         **LANCE S. WILSON**
                                        Clerk

                                    /s/ Katie Lynn Ogden
                                     Deputy Clerk